

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2014

No. 04-13-00787-CV

Leticia R. **ALVAREZ**,
Appellant

v.

Reymundo **ALVAREZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-12-340
Honorable Romero Molina, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file her brief is GRANTED. Appellant's brief is due on **July 23, 2014.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court